655 A.2d 506

Mark J. KAVAKICH

v.

VETERANS OF FOREIGN WARS
BENTLEYVILLE POST 5454.

Appeal of VETERANS HOME ASSOCIATION
OF BENTLEYVILLE.

Supreme Court of Pennsylvania.

Argued March 9, 1995.

Decided March 28, 1995.

Harold V. Fergus, Jr., Fergus, Martin & Fergus, Washington, for appellant.

Robert C. Brady, Washington, for Veteran's Home Ass'n, Inc. and Veterans of Foreign Wars, Post 5454.

Jeffrey T. Olup, Bassi & Associates, P.C., Charleroi, for Mark J. Kavakich.

Morley M. Azorsky, California, for Veterans of Foreign Wars, Post 5454.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.